# CAHILL & GOETSCH, P.C.
### ATTORNEYS AT LAW

SCOTT E. PERRY

43 TRUMBULL STREET
NEW HAVEN, CONNECTICUT 06511

(203) 777-1000
FAX: (203) 865-5904

September 5, 2003

**_Via Fax and Overnight Mail_**

Anthony D. Sutton, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
P.O. Box 3057
Stamford, Connecticut 06905

Lori A. McCarthy, Esq.
Flynn & Associates, P.C.
189 State Street, 6th Floor
Boston, Massachusetts 02109

RE:    _Supplemental Disclosure Re: Frank Bakutis vs. Metro-North, et al._

Dear Counsel:

Enclosed please find plaintiff's supplemental 26(a) disclosure for the above-entitled-matter.

Sincerely,

Scott E. Perry

SEP:md
Enclosures

1) Oil leaking on Deck from Transmission and Engine

2) Train brakes do not release all The Time

3) <u>Excessively</u> noisey inside operators Cab, cannot hear company radio.

4) Need Grease Gun.

5) Needs insulation inside Operators Cab.

6) Travel bands do not release when Traveling in 4th Gear.

7) Needs 24 volt Flood light bulbs and brake light bulbs.

8) Propellor shaft indicator light not working.

Att:
Mark Ellis

J.E. Bakutes
712478



```
***********************
***   TX REPORT   ***
***********************


TRANSMISSION OK

TX/RX NO              0868
CONNECTION TEL                        8579
CONNECTION ID        NWP SHOP
ST. TIME             08/18 12:53
USAGE T              00'27
PGS.                 1
RESULT               OK
```

CB 4005

( Amendment To FAX. of 10/23/00   # 4170 )

8) Fuel gage NOT working properly.

9) Travel bands not releasing in 4th gear.

10) Air dryers not working

11) No Belt guards on Front of Engine

12) No Boom stops.

F. E. Bakutis

712478

ATT:

Paul Signorelli



```
***********************
***    TX REPORT    ***
***********************


TRANSMISSION OK

TX/RX NO              4186
CONNECTION TEL                      8579
CONNECTION ID        NWP SHOP
ST. TIME             10/25 07:56
USAGE T              00'11
PGS.                    1
RESULT               OK
```

**METRO NORTH RAILROAD**

Parkway Homes Road
North White Plains, N.Y.
10601



| | | | |
|---|---|---|---|
| **To:** | Paul Cignarale | **From:** | E. E. BAKUTIS |
| **Fax:** | 914 686 8579 / 914 271 1935 | **Date:** | 2/12/01 |
| **Phone:** | 914 686 8468 / 914 271 1934 | **Pages:** | |
| **Re:** | EQUIPMENT DEFECTS | **CC:** | |

## CB 4005

# Equipment Defects

| | Problems/Defects |
|---|---|
| 1 | EXTremely Noisey especially when Traveling. Very unsafe, cannot hear radio |
| 2 | Oil leaking on deck from Front Engine Seal and transmission gear box. |
| 3 | Oil leaking from Transfer Case. |
| 4 | Fuel Gage not working properly |
| 5 | No belt Guards on Front of Engine. |
| 6 | No Boom stops. |
| 7 | Boom has Bends in numerous places. |
| 8 | |
| 9 | |



```
*********************
***   TX REPORT   ***
*********************


TRANSMISSION OK

TX/RX NO              4457
CONNECTION TEL                    8579
CONNECTION ID        NWP SHOP
ST. TIME             02/12 07:43
USAGE T              00'32
PGS.                 1
RESULT               OK
```

Printed in USA

# Crane inspection

**Metro-North Commuter Railroad**

| Crane no. | Location | Sub-Division | System Gang | Date Inspected | Monthly ☐ | Hour 5|49 |
|-----------|----------|--------------|-------------|----------------|-----------|-----------|
| C-8 4005 | New Haven | | | 3|12|01 | Annual ☐ | |

Last inspection date _____ 10|17|00 _____    Present general condition: ☑ Good ☐ Fair ☐ O/S

| OK YES | NO | | | OK YES | NO | |
|--------|----|----|--|--------|----|----|
| ✓ | | Boom  4 bent lattice | | ✓ | | Steps and Railing |
| | N/A | Boom Stops | | ✓ | | Draw Bars-Couplers |
| ✓ | | Boom Angle Indicator | | ✓ | | Swing Stops/Locking Pins |
| ✓ | | Boom Rivets & Bolts | | ✓ | | Operating Controls |
| ✓ | | Boom Heel Pins | | ✓ | | Windows |
| ✓ | | Sheaves | | ✓ | | Windshield Wipers |
| ✓ | | Sheave Pins | | ✓ | | Warning Devices |
| ✓ | | Cable Drums | | X | | Lights  engine Belt Guards. |
| | | Closing, Pendants | | | | Guards |
| ✓ | | Cable Clamps | | | X | Engine  Rear main seal. |
| ✓ | | Hoisting Blocks/Hooks | | ✓ | | Clutch-PTO |
| N/A | | Winch | | ✓ | | Gauges-Temperature-Oil-Ampere |
| N/A | | Winch Cable | | ✓ | | Hydraulic System-Valves, Pump, Motor |
| N/A | | Lifting Chains | | ✓ | | Main Control Generator |
| ✓ | | Tongs-Rail-Frog | | | | Magnet Generator |
| ✓ | | Brakes | | | N/A | Magnet |
| | N/A | Brakes-Air-Lines-Reservoir | | ✓ | | Tagline-Cable-Electrical |
| ✓ | | Brakes-Hydraulic | | ✓ | | Battery |
| ✓ | | Brakes-Emergency | | ✓ | | Air Compressor |
| | N/A | Brakes-2 Wheel | | ✓ | | Safety Appliances |
| ✓ | | Brakes-4 Wheel | | ✓ | | Fire Extinguishers |
| ✓ | | Brakes-Shoes | | ✓ | | General Condition-Paint, etc. |
| ✓ | | Trucks-Journal Bearings | | ✓ | | Lifting Capacity Chart |
| ✓ | | Wheels-Flange Wear-Treadwear | | X | | Parts Book and Operating Manual |
| ✓ | | Axles | | ✓ | | Lubrication |
| ✓ | | Tram-Axle & Wheel | | | | When was Cable Replaced: |
| ✓ | | Springs | | | | Boom _____ |
| | N/A | Tires | | | | Holding _____ |
| ✓ | | Steering | | | | Closing _____ |
| ✓ | | U-Joints, Drive Gears | | ✓ | | Strands of Cable Broken |
| | N/A | Drive Chains | | ✓ | | Ground Cables and Ground Clamps |
| | N/A | Sprockets | | | | Electrical Wire Warning Sign |
| ✓ | | Drive Shafts | | | | |
| ✓ | | Gear Boxes, Swing, Travel | | | | |
| X | | Transmission  gasket leaks. | | | | |
| ✓ | | Bearings | | | | |
| ✓ | | Hook Roller | | | | |
| | N/A | Outriggers | | | | |

Remarks: _____ Noisy in gear. _____

---

Operator's Signature  _J. Bolive_  712478

(Date) _____ (Employee No.)

I certify to the correctness of this report.  _E. Vargas_  3/12/01

(Signed)    (Date Posted)

Employee Number  112443.

_Machinist_

(Title)

CB 4005

1) extremely Noisey when Traveling,
Cannot Hear Company Radio. Very unsafe

2) Oil Leaking onTo deck from Front
Engine Cover.

3) No Belt guards on Front of Engine

4) No Boom stops.

5) Boom has bends in numerous Locations

6) Fuel gage not working propaly.

7) Steps on chasiss To narrow, and one
is missing.

F.E. Bakutts
712478

ATT:
Paul Signorelli



```
*********************
***    TX REPORT    ***
*********************


TRANSMISSION OK

TX/RX NO            4567
CONNECTION TEL                    8579
CONNECTION ID       NWP SHOP
ST. TIME            03/26 08:01
USAGE T             00'11
PGS.                 1
RESULT              OK
```

CB 4005

1) Extremely Noisey inside Cab, especially when in work mode or Traveling. Cannot Hear Company Radio.

2) Gear oil leaking from Chain Case.

3) Travel bands slipping in one direction.

4) Check Valve on Air Tank Leaking.

5) one Brake Light not working, needs bulb.

6) oil on deck of Crane, very slippery

7) Oil leaking from Front of engine.

8) No belt guards on front of Engine,

9) No Boom stops.

10) Fuel gage not working

11) oil leaking from Transmission shifter

ATT:

PAUL Signorelli

F.E. BAKUTIS
F.E. Bakutis
712478



```
***********************
***   TX REPORT   ***
***********************


TRANSMISSION OK

TX/RX NO              4691
CONNECTION TEL                      8579
CONNECTION ID        NWP SHOP
ST. TIME             05/17 06:49
USAGE T              00'13
PGS.                 1
RESULT               OK
```



```
*********************
***   TX REPORT   ***
*********************


TRANSMISSION OK

TX/RX NO              4692
CONNECTION TEL                   8579
CONNECTION ID        NWP SHOP
ST. TIME             05/17 06:51
USAGE T              00'14
PGS.                 1
RESULT               OK
```

# METRO NORTH RAILROAD

# FAX

Date 7 / 24 / 01

Number of Pages

TO:

PAUL R. CIGNARALE

SUPERVISOR, WORK EQUIPMENT

PHONE 914/271/1934

FAX 914/271/1935

FROM:

F E Bakotis

Special projects, New Haven

## EQUIPMENT DEFECTS

| EQUIPMENT # | PROBLEMS / DEFECTS |
|---|---|
| 1 CB4005 | 1) Boom Clutch Slipping |
|  | 2) Magnet Clutch not engaging properly |
|  | 3) Oil leaking from front of Engine |
| 2 | 4) Extremely noisy in operators cab. |
|  | 5) Buffer block on coupler Broken |
|  | 6) oil on deck and steps. |
| 3 | 7) oil leaking from Transmission shifter |
|  | 8) fuel gauge not working |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |
| 8 |  |
| 9 |  |



```
07/24/01  TUE 08:19 FAX 203 786 8223     NH PROJECTS                    @001

                        ***************
                        ***  TX REPORT  ***
                        ***************


        TRANSMISSION OK

        TX/RX NO            4859
        CONNECTION TEL                    8579
        CONNECTION ID      NWP SHOP
        ST. TIME           07/24 08:18
        USAGE T            00'35
        PGS.                  1
        RESULT             OK
```

09/05/2003 FRI 11:42 FAX
03/15/02 WED 08:19 FAX 914 271 1935     WORK EQUIPMENT
Case 3:03-cv-00184-MRK     Document 33-7     Filed 12/17/2003     Page 16 of 18

# METRO NORTH RAILROAD

# FAX



Date 3, 15, 02

Number of Pages _____

TO: MARK ELLIS

SUPERVISOR, WORK EQUIPMENT

PHONE 914/271/1934

FAX 914/271/1935

FROM: F.E. BAKUTIS
N.H. Special Projects

## EQUIPMENT DEFECTS

| EQUIPMENT # | PROBLEMS / DEFECTS |
|---|---|
| 1 CB4005 | Extremely Noisey, Cannot hear radio while Traveling. Need sound Insulation |
| 2 CB4005 | Needs 2 24 V Flood Lights |
| 3 CB4005 | Crane Air brakes Frequently will not release |
| 4 CB4005 | Oil Leaking from Engine and Transmission |
| 5 CB4005 | Fuel Gauge not working |
| 6 CB4005 | Step on Chassis Bent + missing |
| 7 CB4005 | Travel Bands dragging and not Disengaging in 4th Gear |
| 8 | |
| 9 | |



```
              ************************
              ***   TX REPORT   ***
              ************************


TRANSMISSION OK

TX/RX NO              0436
CONNECTION TEL                      8579
CONNECTION ID        NWP SHOP
ST. TIME             03/15 07:15
USAGE T              00'22
PGS.                   1
RESULT               OK
```

Printed in USA

# Crane Inspection

**Metro-North Commuter Railroad**

| Crane no. | Location | Sub-Division | System Gang | Date Inspected | Monthly ☒ |
|---|---|---|---|---|---|
| CP 4005 | New Haven | Epic Proj. | | 7/11/02 | Annual ☐ |

Last inspection date ___7/11/02___          Present general condition: ☐ Good ☒ Fair ☐ O/S

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| | X | Boom | | X | Steps and Railing |
| | | Boom Stops | | X | Draw Bars-Couplers |
| ✓ | | Boom Angle Indicator | ✓ | | Swing Stops/Locking Pins |
| ✓ | | Boom Rivets & Bolts | ✓ | | Operating Controls |
| ✓ | | Boom Heel Pins | | X | Windows |
| ✓ | | Sheaves | ✓ | | Windshield Wipers |
| ✓ | | Sheave Pins | ✓ | | Warning Devices |
| ✓ | | Cable Drums | | X | Lights |
| ✓ | | Cable-Boom-Holding Line | ✓ | | Guards |
| ✓ | | Closing, Pendants | | X | Engine |
| ✓ | X | Cable Clamps | ✓ | | Clutch-PTO |
| ✓ | | Hoisting Blocks/Hooks | ✓ | | Gauges-Temperature-Oil-Ampere |
| N/A | | Winch | N/A | | Hydraulic System-Valves, Pump, Motor |
| N/A | | Winch Cable | N/A | | Main Control Generator |
| N/A | | Lifting Chains | ✓ | | Magnet Generator |
| ✓ | | Toggs-Rail-Frog | ✓ | | Magnet |
| | X | Brakes | ✓ | | Tagline-Cable-Electrical |
| ✓ | | Brakes-Air-Lines-Reservoir | | X | Battery |
| N/A | | Brakes-Hydraulic | ✓ | | Air Compressor |
| | | Brakes-Emergency | ✓ | | Safety Appliances |
| N/A | | Brakes-2 Wheel | ✓ | | Fire Extinguishers |
| ✓ | | Brakes-4 Wheel | ✓ | | General Condition-Paint, Inc. |
| | X | Brakes-Shoes | ✓ | | Lifting Capacity Chart |
| ✓ | | Trucks-Journal Bearings | | X | Parts Book and Operating Manual |
| ✓ | | Wheels-Flange Wear-Treadwear | | X | Lubrication |
| | | Axles | | | When was Cable Replaced: |
| ✓ | | Tram-Axle & Wheel | | | Boom. _____ |
| ✓ | | Springs | | | Holding _____ |
| N/A | | Tires | | | Closing _____ |
| N/A | | Steering | ✓ | | Strands of Cable Broken |
| ✓ | | U-Joints, Drive Gears | ✓ | | Ground Cables and Ground Clamps |
| ✓ | | Drive Chains | | | Electrical Wire Warning Sign |
| ✓ | | Sprockets | | | |
| ✓ | | Drive Shafts | | | |
| ✓ | | Gear Boxes, Swing, Travel | | | |
| | X | Transmission | | | |
| ✓ | | Bearings | | | |
| N/A | | Hook Roller | | | |
| N/A | | Outriggers | | | |

Remarks: _____ No boom stops 3. Load line not changed
as per ANSI B30.5 (5-1.2.3.1) 4. Brake - lines cracked 5. Need
more steps + handrails 6. Crane _____ 7. Brake - worn
                                        NN:24.         _____

Operator's Signature _____ I certify to the correctness of this report _____

(Signed) _____ (Date Posted) 7/11/02

(Date) _____ 7 & 3 ___ 7/11/17X     (Employee No.)     Employee Number _____

(Title) _____