Printed in USA

# Crane inspection

**Metro-North
Commuter
Railroad**

| Crane no. | Location | Sub-Division | System/Gang | Date Inspected | Monthly ☐ |
|---|---|---|---|---|---|
| 404005 | New Haven | | | 5/23/02 | Annual ☑ |

Last inspection date 4/4/01

Present general condition: ☐ Good ☑ Fair ☐ O/S

| OK YES | NO | | OK YES | NO | |
|---|---|---|---|---|---|
| ✓ | X | Boom | | X | Steps and Railing |
| | N/A | Boom Stops | | X | Draw Bars-Couplers |
| ✓ | | Boom Angle Indicator | ✓ | | Swing Stops/Locking Pins |
| ✓ | | Boom Rivets & Bolts | | | Operating Controls |
| ✓ | | Boom Heel Pins | | X | Windows |
| ✓ | | Sheaves | | | Windshield Wipers |
| ✓ | | Sheave Pins | | X | Washing Devices |
| ✓ | | Cable Drums | | X | Lights |
| ✓ | | Cable-Boom-Holding Line | | | Guards |
| ✓ | | Closing, Pendants | | | Engine |
| | X | Cable Clamps | | X | Clutch-PTO |
| ✓ | | Hoisting Blocks-Hooks | | X | Gauges-Temperature-Oil-Ampere |
| | N/A | Winch | | | Hydraulic System-Valves, Pump, Motor |
| | N/A | Winch/Cable | | | Main Control Generator |
| ✓ | N/A | Lifting Chains | | | Magnet Generator |
| | | Tongs-Rail-Frog | | | Magnet |
| | X | Brakes | ✓ | | Tagline-Cable-Electrical |
| ✓ | | Brakes-Air-Lines-Reservoir | | | Battery |
| | N/A | Brakes-Hydraulic | | | Air Compressor |
| ✓ | | Brakes-Emergency | | | Safety Appliances |
| | N/A | Brakes-2 Wheel | | | Fire Extinguishers |
| | N/A | Brakes-4 Wheel | | X | General Condition-Paint, etc. |
| | | Brakes-Shoes | | X | Lifting Capacity Chart |
| | | Trucks-Journal Bearings | | X | Parts Book and Operating Manual |
| | | Wheels-Flange Wear-Treadwear | | X | Lubrication |
| ✓ | | Axles | | | When was Cable Replaced: |
| ✓ | | Tram-Axle & Wheel | | | Boom |
| ✓ | | Springs | | | Holding |
| | N/A | Tires | | | Closing |
| ✓ | N/A | Steering | | | Strands of Cable Broken |
| ✓ | | U-Joints, Drive Gears | | | Ground Cables and Ground Clamps |
| ✓ | | Drive Chains | | | Electrical Wire Warning Sign |
| ✓ | | Sprockets | | | |
| ✓ | | Drive Shafts | | | |
| ✓ | | Gear Boxes, Swing, Travel | | | |
| ✓ | X | Transmission | | | |
| ✓ | | Bearings | | | |
| | N/A | Hook Roller | | | |
| | N/A | Outriggers | | | |

Remarks: _____

_____

_____

Operator's Signature _____

I certify to the correctness of this report

_____ (Signed)    _____ 5/23/02 (Date Posted)

(Date) _____    (Employee No.) _____    Employee Number 111____

(Title) _____

1) Extremely Noisey in operators Cab.

2) Needs Flood Light

3) Sending Unit For propellor Shaft not Working (disconected)

4) Brakes on Crane not releasing all The Time

5) Oil Leaking from engine and Transmission

6) Fuel gauge not Working

7) Travel Bands dragging and not disengauging in 4th gear.

8) Pin in coupler Bent + sloppy

F. E. Bahnt
712478

AT:
MARK ELLIS



```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              0743
CONNECTION TEL                        8579
CONNECTION ID        NWP SHOP
ST. TIME             07/01 06:57
USAGE T              00'25
PGS.                    1
RESULT               OK
```

CB 005                    9/23/00

1) Extremely Noisey while Traveling, Cannot hear radio. Unsafe situation.

2) 4 bent boom struts.

3) No emergency shutdown switch.

4) Oil Leaking on deck.

5) Boom Light missing.

6) Gear oil Leaking out of Transfer case.

7) When pulling car, Train Line air brakes activate by themselves.

ATT:

Paul Signorelli

F. E. Bakutis

712478

Case 3:03-cv-00184-MRK   Document 33-8   Filed 12/17/2003   Page 5 of 19



```
*********************
***   TX REPORT   ***
*********************


TRANSMISSION OK

TX/RX NO              4170
CONNECTION TEL                    8579
CONNECTION ID        NWP SHOP
ST. TIME             10/23 08:01
USAGE T              00'13
PGS.                     1
RESULT               OK
```

CB 4004        9/6/00

1) Oil Leaking from Engine and Travel Gears + shafts.

2) Engine overheats and Leaks antifreeze under Load.

3) Engine burns oil

4) Engine grinds ● in every gear, very difficult To shift

5) Travel bands stick, won't release.

6) Extremely noisey in work Mode. getting worse

7) Flat spots in wheels.

8) Boom Light + running Lights not working

9) needs Air Filter, oil change and oil filters

ATT:
PAUL Signorelli

J. E. Baxter
712478

Case 3:03-cv-00184-MRK    Document 33-8    Filed 12/17/2003    Page 7 of 19



```
                        ***********************
                        ***   TX REPORT   ***
                        ***********************


        TRANSMISSION OK

        TX/RX NO              4054
        CONNECTION TEL                       8579
        CONNECTION ID        NWP SHOP
        ST. TIME             09/06 08:40
        USAGE T              00'12
        PGS.                     1
        RESULT               OK
```

CB 4004      7/25/00

1) Oil Leaking from everywhere.

2) Engine overheats + Leaks antifreeze under a load.

3) Transmission Grinds in every Gear, very difficult To shift.

4) Travel bands Stick, won't release.

5) Very Noisey, and getting worse, especially in work Mode.

F. E. Bohnto

712478



```
********************
***   TX REPORT   ***
********************


TRANSMISSION OK

TX/RX NO              3978
CONNECTION TEL                    8579
CONNECTION ID         NWP SHOP
ST. TIME              07/25 08:30
USAGE T               00'19
PGS.                  1
RESULT                OK
```

6,5/00

## CB 4005

1) No Boom Stops.
2) No Belt Guards on Engine Pulleys.
3) Fuel Gage does not work.
4) Air leak in brake line system.
5) Heater core leaking.
6) Extremely Noisey in operators cab when Traveling, cannot hear radio, hurts Ears!
7) Foot steps on chasiss to narrow, needs Foot Grating extended, Dangerous.
8) Travel bands shipping.
9) Boom Struts Bent.

F. E. Bahutka
713478

ATT:

Paul Signorelli

CB 4005                                          5/3/00

1) NO BOOM STOPS
2) No BeLT Guards on FronT of engine
3) Fuel Gage does not work
4) AiR Leak in Load Line ConTrol
5) HeaTer Gore Leaking
6) CannoT hear radio inside operaTors Cab,
   need exTernal speaker.
7) Cab leaks in several places when iT rains.
8) FooT sTeps on chasiss Too narrow, Dangerous
9) Boom sTruTs benT
10) ExTremely noisey inside operaTors Cab.
11) Needs air horn facing Tu The rear.
12) Travel bands Slipping
13) Needs 24 volT bulbs for indicaTor lighT
    for propeller shafT.

ATT:                        J.E. Bahuto
Paul Signorelli              712478

```
********************
***   TX REPORT   ***
********************


TRANSMISSION OK

TX/RX NO              3717
CONNECTION TEL                       8579
CONNECTION ID        NWP SHOP
ST. TIME             05/03 07:51
USAGE T              00'18
PGS.                 1
RESULT               OK
```

09/05/2003 FRI 11:45 FAX    ☎032/040

CB 4005                4/20/00

1) NO BOOM STOPS

2) NO BELT Guards on Front of Engine

3) Fuel gauge does not work

4) Air Leak in Train Brake

5) Heater Core Leaking Anti Freeze

6) Cannot hear radio inside operators
   Cab, needs external Speaker.

7) Cab Leaks in several places when
   it rains.

8) Foot steps on Chasiss To Narrow, Hazzardous!

9) Boom Struts Bent

10) Extremely noisey inside operators Cab.

11) Need Air Horn Facing to the rear.

III:

Paul Signourelli

F.E. Bahutta
712478

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              3682
CONNECTION TEL                    78579
CONNECTION ID        NWP SHOP
ST. TIME             04/20 07:48
USAGE T              00'24
PGS.                    1
RESULT               OK
```

CB 4004                    11/15/99

1) Oil Leaking onTo Deck

2) Coupler defected, won'T Release

3) Needs Sound proofing, Noise unbearable !

4) Travel Bands sticking, won'T release.

5) Transmission Synchros shoT, very hard To
   get into Gear

6) Rear marker Lights needs bulbs, NoT
   working.

7) Hand brake benT, CasT broken.

8) Front Sheave bushings worn

9) AIR Dryer Needs filamenT, A loT of
   waTer building up in Air Tank.

10) Oil Leaking from Transfer Case

11) Engine burning oil.

12) FooT Grating needs To be welded,
    Tripping hazard.

ATT:                    F.E. Bahutus
PAUL Signorelli         712478

```
                    ***********************
                    ***   TX REPORT    ***
                    ***********************

TRANSMISSION OK

TX/RX NO              3321
CONNECTION TEL                   78579
CONNECTION ID        NWP SHOP
ST. TIME             11/15 08:58
USAGE T              00'30
PGS.                     1
RESULT               OK
```

Burro Crane    CB 4004    9/29/99

1) Oil Leaking on Deck

2) 2 steps bent (dangerous situation)

3) Coupler defated (won't Release)

4) Needs Sound proofing material (Noise unbearable)

5) Bottom Brake inspection cover missing

6) Flood light on Boom not working

7) Travel bands still dragging in reverse and won't release (very dangerous)

8) Transmission grinds in every gear (synchos worn)

9) rear marker lights not working

10) Hand Brake bent

11) Front Sheave bushings worn

12) Cannot travel in high range

13) External radio speaker not working

F.E. Bahutas
712478

Arthur Lawhorn
9/29/99

ATT:
PAUL Signorelli

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              3212
CONNECTION TEL                      78579
CONNECTION ID        METRO NORTH WORK
ST. TIME             09/29 07:49
USAGE T              00'36
PGS.                 1
RESULT               OK
```

9/14/99

# Burro Crane CB 4,004

1) Oil leaking on deck

2) 2 Steps damaged (dangerous)

3) Coupler defected (won't release)

4) Needs Sound Proofing material (Noise unbearable)

5) Bottom Brake inspection cover missing.

6) Flood light on boom missing.

7) Travel Bands dragging and won't release when going in reverse.

8) Transmission grinds in every gear, Synchros worn.

9) Rear marker lights not working.

10) Hand Brake Bent.

11) Front Sheave bushings worn.

12) Cannot Travel in High range. Bushings on vertical shaft worn.

F.E. Bahutas

Empl. # 712478