IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
------------------------------------------------------x
                                                      :
RICHARD BOURT, JR.                                    :   3:02 CV 191 (AVC)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO.                              :   DATE:  JANUARY 9, 2004
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
ROBERT HICKEY                                         :   3:02 CV 1674 (CFD)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO.                              :   DATE: JANUARY 9, 2004
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
SAMUEL COMPO                                          :   3:02 CV 1675 (PCD)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO. ET AL.                       :   DATE: JANUARY 9, 2004
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
RICHARD K. LASKEVITCH                                 :   3:02 CV 1676 (GLG)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO. ET AL.                       :   DATE: JANUARY 9, 2004
                                                      :
------------------------------------------------------x
```

```
-----------------------------------------------------x
                                                     :
MICHAEL SELMONT                                      :   3:02 CV 1677 (GLG)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :   DATE: JANUARY 9, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
ROBERT FUDA                                          :   3:02 CV 1678 (RNC)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :   DATE: JANUARY 9, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
JOHN P. GEARY                                        :   3:02 CV 1679 (WWE)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :   DATE: JANUARY 9, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
THOMAS KINIRY                                        :   3:02 CV 1680 (JBA)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :   DATE: JANUARY 9, 2004
                                                     :
-----------------------------------------------------x
```

```
-------------------------------------------------------x
                                                       :
    JOHN RAGGI                                         :    3:02 CV 1681 (GLG)
                                                       :
                                                       :
    v.                                                 :
                                                       :
                                                       :
    METRO-NORTH RAILROAD CO. ET AL.                    :    DATE: JANUARY 9, 2004
                                                       :
-------------------------------------------------------x
-------------------------------------------------------x
                                                       :
    EDWARD P. RUSSO                                    :    3:02 CV 1682 (JCH)
                                                       :
                                                       :
    v.                                                 :
                                                       :
                                                       :
    METRO-NORTH RAILROAD CO. ET AL.                    :    DATE: JANUARY 9, 2004
                                                       :
-------------------------------------------------------x
-------------------------------------------------------x
                                                       :
    JAMES SCOFIELD                                     :    3:02 CV 1683 (JCH)
                                                       :
                                                       :
    v.                                                 :
                                                       :
                                                       :
    METRO-NORTH RAILROAD CO. ET AL.                    :    DATE: JANUARY 9, 2004
                                                       :
-------------------------------------------------------x
-------------------------------------------------------x
                                                       :
    MILLARD J. SULLIVAN                                :    3:02 CV 1684 (JCH)
                                                       :
                                                       :
    v.                                                 :
                                                       :
                                                       :
    METRO-NORTH RAILROAD CO. ET AL.                    :    DATE: JANUARY 9, 2004
                                                       :
-------------------------------------------------------x
```

```
-----------------------------------------------------x
                                                     :
    TIMOTHY SWEENEY                                  :    3:02 CV 1872 (RNC)
                                                     :
                                                     :
    v.                                               :
                                                     :
                                                     :
    METRO-NORTH RAILROAD CO. ET AL.                  :    DATE: JANUARY 9, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
    ROBERT BLACK                                     :    3:02 CV 1873 (AVC)
                                                     :
                                                     :
    v.                                               :
                                                     :
                                                     :
    METRO-NORTH RAILROAD CO. ET AL.                  :    DATE: JANUARY 9, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
    KARL KAUTZ                                       :    3:02 CV 1874 (JBA)
                                                     :
                                                     :
    v.                                               :
                                                     :
                                                     :
    METRO-NORTH RAILROAD CO. ET AL.                  :    DATE: JANUARY 9, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
    ALFRED SCHUMACHER                                :    3:02 CV 1875 (AHN)
                                                     :
                                                     :
    v.                                               :
                                                     :
                                                     :
    METRO-NORTH RAILROAD CO. ET AL.                  :    DATE: JANUARY 9, 2004
                                                     :
-----------------------------------------------------x
```

```
-----------------------------------------------------x
                                                     :
FRANCIS E. BAKUTIS                                   :   3:02 CV 1877 (MRK)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :   DATE: JANUARY 9, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
CHARLES KANE                                         :   3:02 CV 1878 (CFD)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :   DATE: JANUARY 9, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
FREDERICK N. KOVAL                                   :   3:02 CV 1879 (GLG)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :   DATE: JANUARY 9, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
SIGISMONDO LoVERME                                   :   3:02 CV 1880 (PCD)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :   DATE: JANUARY 9, 2004
                                                     :
-----------------------------------------------------x
```

```
-----------------------------------------------------------x
                                                           :
    TIMOTHY STRAND                           :   3:02 CV 1883 (AWT)
                                                           :
                                                           :
    v.                                                :
                                                           :
                                                           :
    METRO-NORTH RAILROAD CO. ET AL.          :   DATE: JANUARY 9, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
    JAMES E. CAFFREY                         :   3:02 CV 1884 (CFD)
                                                           :
                                                           :
    v.                                                :
                                                           :
                                                           :
    METRO-NORTH RAILROAD CO. ET AL.          :   DATE: JANUARY 9, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
    NICKOLAS ATLAS                           :   3:02 CV 2029 (DJS)
                                                           :
                                                           :
    v.                                                :
                                                           :
                                                           :
    METRO-NORTH RAILROAD CO.                 :   DATE: JANUARY 9, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
    MICHAEL BETTINI                          :   3:02 CV 2030 (RNC)
                                                           :
                                                           :
    v.                                                :
                                                           :
                                                           :
    METRO-NORTH RAILROAD CO. ET AL.          :   DATE: JANUARY 9, 2004
                                                           :
-----------------------------------------------------------x
```

```
------------------------------------------------------x
                                                      :
PAUL CIUZIO                                           :   3:02 CV 2032 (JBA)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO. ET AL.                       :   DATE: JANUARY 9, 2004
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
RICHARD FANNING                                       :   3:02 CV 2034 (SRU)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO. ET AL.                       :   DATE: JANUARY 9, 2004
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
THOMAS FARLEY                                         :   3:02 CV 2035 (WWE)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO. ET AL.                       :   DATE: JANUARY 9, 2004
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
CALOGERO FARRUGGIO                                    :   3:02 CV 2036 (CFD)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO. ET AL.                       :   DATE: JANUARY 9, 2004
                                                      :
------------------------------------------------------x
```

```
-----------------------------------------------------------x
                                                           :
   CLYDE GIBBS                                             :    3:02 CV 2037 (WWE)
                                                           :
                                                           :
   v.                                                      :
                                                           :
                                                           :
   METRO-NORTH RAILROAD CO. ET AL.                         :    DATE: JANUARY 9, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
   THOMAS INFANTINO                                        :    3:02 CV 2038 (GLG)
                                                           :
                                                           :
   v.                                                      :
                                                           :
                                                           :
   METRO-NORTH RAILROAD CO. ET AL.                         :    DATE: JANUARY 9, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
   ANTONIO SARTORI                                         :    3:02 CV 2039 (PCD)
                                                           :
                                                           :
   v.                                                      :
                                                           :
                                                           :
   METRO-NORTH RAILROAD CO. ET AL.                         :    DATE: JANUARY 9, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
   LAWRENCE TRAMAGLINI                                     :    3:02 CV 2040 (SRU)
                                                           :
                                                           :
   v.                                                      :
                                                           :
                                                           :
   METRO-NORTH RAILROAD CO. ET AL.                         :    DATE: JANUARY 9, 2004
                                                           :
-----------------------------------------------------------x
```

```
-----------------------------------------------------x
                                                     :
   JOSEPH WALZ                                       :    3:02 CV 2041 (DJS)
                                                     :
                                                     :
   v.                                                :
                                                     :
                                                     :
   METRO-NORTH RAILROAD CO. ET AL.                   :    DATE: JANUARY 9, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
   MAURICE BARRETT                                   :    3:03 CV 180 (DJS)
                                                     :
                                                     :
   v.                                                :
                                                     :
                                                     :
   METRO-NORTH RAILROAD CO. ET AL.                   :    DATE: JANUARY 9, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
   DAVID B. BETRIX                                   :    3:03 CV 181 (WWE)
                                                     :
                                                     :
   v.                                                :
                                                     :
                                                     :
   METRO-NORTH RAILROAD CO. ET AL.                   :    DATE: JANUARY 9, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
   THOMAS BYRNE, SR.                                 :    3:03 CV 182 (CFD)
                                                     :
                                                     :
   v.                                                :
                                                     :
                                                     :
   METRO-NORTH RAILROAD CO. ET AL.                   :    DATE: JANUARY 9, 2004
                                                     :
-----------------------------------------------------x
```

```
-----------------------------------------------------x
                                                     :
  FRANK A. DiLORENZO                                 :     3:03 CV 183 (AWT)
                                                     :
                                                     :
  v.                                                 :
                                                     :
                                                     :
  METRO-NORTH RAILROAD CO. ET AL.                    :     DATE: JANUARY 9, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
  DENNIS INCONSTANTI                                 :     3:03 CV 184 (JCH)
                                                     :
                                                     :
  v.                                                 :
                                                     :
                                                     :
  METRO-NORTH RAILROAD CO. ET AL.                    :     DATE: JANUARY 9, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
  JOHN F. JOHNSON, JR.                               :     3:03 CV 185 (GLG)
                                                     :
                                                     :
  v.                                                 :
                                                     :
                                                     :
  METRO-NORTH RAILROAD CO. ET AL.                    :     DATE: JANUARY 9, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
  JOHN J. MELILLO                                    :     3:03 CV 186 (RNC)
                                                     :
                                                     :
  v.                                                 :
                                                     :
                                                     :
  METRO-NORTH RAILROAD CO.                           :     DATE: JANUARY 9, 2004
                                                     :
-----------------------------------------------------x
```

```
-----------------------------------------------------------x
                                                           :
   JERRY D. PATTERSON, SR.              :  3:03 CV 187 (GLG)
                                                           :
                                                           :
   v.                                                      :
                                                           :
                                                           :
   METRO-NORTH RAILROAD CO. ET AL.      :  DATE: JANUARY 9, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
   PEDRO S. RODRIGUEZ                   :  3:03 CV 188 (JBA)
                                                           :
                                                           :
   v.                                                      :
                                                           :
                                                           :
   METRO-NORTH RAILROAD CO. ET AL.      :  DATE: JANUARY 9, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
   RICHARD STARR                        :  3:03 CV 189 (RNC)
                                                           :
                                                           :
   v.                                                      :
                                                           :
                                                           :
   METRO-NORTH RAILROAD CO. ET AL.      :  DATE: JANUARY 9, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
   ROBERT WEST                          :  3:03 CV 190 (AWT)
                                                           :
                                                           :
   v.                                                      :
                                                           :
                                                           :
   METRO-NORTH RAILROAD CO. ET AL.      :  DATE: JANUARY 9, 2004
                                                           :
-----------------------------------------------------------x
```

```
-----------------------------------------------------x
                                                     :
ROBERT F. WRIGHT                                     :    3:03 CV 191 (RNC)
                                                     :
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :    DATE: JANUARY 9, 2004
                                                     :
-----------------------------------------------------x
```

<u>RULING ON PLAINTIFFS' MOTIONS TO COMPEL METRO-NORTH</u>

In late 2002 through early 2003, fifty-four lawsuits were filed under the FELA, regarding plaintiffs' hearing loss, allegedly caused by defendants.[1] These fifty-four lawsuits were all referred to this Magistrate Judge for discovery. (<u>Bourt</u>, 3:02 CV 191 (AVC), Dkt. #16 & 5/27/03 endorsement thereon).[2] Active discovery is now ongoing: by agreement of counsel, these lawsuits have been designated into four "batches," with the first two batches completing fact discovery by March 31, 2004 and completing expert discovery by June 30, 2004, and with the second two batches completing fact discovery by September 30, 2004 and completing expert discovery by December 31, 2004. (<u>Bourt</u>, 3:02 CV 191 (AVC), Dkt. #18, ¶¶ 1-2).

On November 21, 2003, plaintiffs filed the forty-five pending Motions to Compel Metro-North, with briefs in support.[3] <u>Bourt</u>, 3:02 CV 191 (AVC), Dkts. ##34-35; <u>Hickey</u>, 3:02 CV 1674 (CFD), Dkts. ##18-19; <u>Compo</u>, 3:02 CV 1675 (PCD), Dkts. ##30-31; <u>Laskevitch</u>, 3:02 CV 1676 (GLG), Dkts. ##27-28; <u>Selmont</u>, 3:02 CV 1677 (GLG), Dkts. ##29-30; <u>Fuda</u>, 3:02 CV 1678 (RNC), Dkts. ##31-32; <u>Geary</u>, 3:02 CV 1679 (WWE), Dkts. ##31-32; <u>Kiniry</u>, 3:02 CV 1680 (JBA), Dkts. ##40-41; <u>Raggi</u>, 3:02 CV 1681 (GLG), Dkts.

---

[1]Since then, five of the lawsuits have been withdrawn. <u>Warley</u>, 3:02 CV 978 (RNC); <u>Wilson</u>, 3:02 CV 1876 (DJS); <u>Mackey</u>, 3:02 CV 1881 (AWT); <u>Murray</u>, 3:02 CV 1882 (JBA); and <u>Corban</u>, 3:02 CV 2033 (PCD).

[2]For ease of reference, when discussing procedural matters beyond the pending motions or arguments made in all these motions and briefs, referral will be made solely to the docket numbers in the <u>Bourt</u> file.

[3]The following three exhibits were attached: copies of defendant Metro-North's Objections to Plaintiff's First Set of Interrogatories and defendant Metro-North's Objections to Plaintiff's First Set of Request for Documents, both dated March 3, 2003 (App. A); copy of correspondence between counsel, dated April 7, 2003 (App. B); and copy of letter, dated May 12, 2003, from Dr. Peter Rabinowitz to plaintiff's counsel (App. C).

##31-32; Russo, 3:02 CV 1682 (JCH), Dkts. ##31-32; Scofield, 3:02 CV 1683 (JCH), Dkts. ##32-33; Sullivan, 3:02 CV 1684 (JCH), Dkts. ##31-32; Sweeney, 3:02 CV 1872 (RNC), Dkts. ##32-33; Black, 3:02 CV 1873 (AVC), Dkts. ##29-30; Kautz, 3:02 CV 1874 (JBA), Dkts. ##33-34; Schumacher, 02 CV 1875 (AHN), Dkts. ##25-26; Bakutis, 3:02 CV 1877 (MRK), Dkts. ##31-32; Kane, 3:02 CV 1878 (CFD), Dkts. ##26-27; Koval, 3:02 CV 1879 (GLG), Dkts. ##25-26; LoVerme, 3:02 CV 1880 (PCD), Dkts. ##29-30; Strand, 3:02 CV 1883 (AWT), Dkts. ##26-27; Caffrey, 3:02 CV 1884 (CFD), Dkts. ##28-29; Atlas, 3:02 CV 2029 (DJS), Dkts. ##22-23; Bettini, 3:02 CV 2030 (RNC), Dkts. ##28-29; Ciuzio, 3:02 CV 2032 (JBA), Dkts. ##36-37; Fanning, 3:02 CV 2034 (SRU), Dkts. ##26-27; Farley, 3:02 CV 2035 (WWE), Dkts. ##25-26; Farruggio, 3:02 CV 2036 (CFD), Dkts. ##29-30; Gibbs, 3:02 CV 2037 (WWE), Dkts. ##26-27; Infantino, 3:02 CV 2038 (GLG), Dkts. ##25-26; Sartori, 3:02 CV 2039 (PCD), Dkts. ##30-31; Tramaglini, 3:02 CV 2040 (SRU), Dkts. ##26-27; Walz, 3:02 CV 2041 (DJS), Dkts. ##31-32; Barrett, 3:03 CV 180 (DJS), Dkts. ##28-29; Betrix, 3:03 CV 181 (WWE), Dkts. ##27-28; Byrne, 3:03 CV 182 (CFD), Dkts. ##22-23; DiLorenzo, 3:03 CV 183 (AWT), Dkts. ##25-26; Inconstanti, 3:03 CV 184 (MRK), Dkts. ##29-30; Johnson, 3:03 CV 185 (GLG), Dkts. ##26-27; Melillo, 3:03 CV 186 (RNC), Dkts. ##20-21; Patterson, 3:03 CV 187 (GLG), Dkts. ##22-23; Rodriguez, 3:03 CV 188 (JBA), Dkts. ##28-29; Starr, 3:03 CV 189 (RNC), Dkts. ##26-27; West, 3:03 CV 190 (AWT), Dkts. ##28-29; Wright, 3:03 CV 191 (RNC), Dkts. ##29-30.

Surprisingly enough, defendant Metro-North has failed to file timely briefs in opposition to these motions. Accordingly, if the parties have not already resolved these discovery disputes between themselves, plaintiffs' motions are hereby granted, and defendant Metro-North shall respond **on or before January 23, 2004**.

Accordingly, for the reasons stated above, plaintiffs' Motions to Compel Metro-

North, Bourt, 3:02 CV 191 (AVC), Dkt. #34; Hickey, 3:02 CV 1674 (CFD), Dkt. #18; Compo, 3:02 CV 1675 (PCD), Dkt. #30; Laskevitch, 3:02 CV 1676 (GLG), Dkt. #27; Selmont, 3:02 CV 1677 (GLG), Dkt. #29; Fuda, 3:02 CV 1678 (RNC), Dkt. #31; Geary, 3:02 CV 1679 (WWE), Dkt. #31; Kiniry, 3:02 CV 1680 (JBA), Dkt. #40; Raggi, 3:02 CV 1681 (GLG), Dkt. #31; Russo, 3:02 CV 1682 (JCH), Dkt. #31; Scofield, 3:02 CV 1683 (JCH), Dkt. #32; Sullivan, 3:02 CV 1684 (JCH), Dkt. #31; Sweeney, 3:02 CV 1872 (RNC), Dkt. #32; Black, 3:02 CV 1873 (AVC), Dkt. #29; Kautz, 3:02 CV 1874 (JBA), Dkt. #33; Schumacher, 02 CV 1875 (AHN), Dkt. #25; Bakutis, 3:02 CV 1877 (MRK), Dkt. #31; Kane, 3:02 CV 1878 (CFD), Dkt. #26; Koval, 3:02 CV 1879 (GLG), Dkt. #25; LoVerme, 3:02 CV 1880 (PCD), Dkt. #29; Strand, 3:02 CV 1883 (AWT), Dkt. #26; Caffrey, 3:02 CV 1884 (CFD), Dkt. #28; Atlas, 3:02 CV 2029 (DJS), Dkt. #22; Bettini, 3:02 CV 2030 (RNC), Dkt. #28; Ciuzio, 3:02 CV 2032 (JBA), Dkt. #36; Fanning, 3:02 CV 2034 (SRU), Dkt. #26; Farley, 3:02 CV 2035 (WWE), Dkt. #25; Farruggio, 3:02 CV 2036 (CFD), Dkt. #29; Gibbs, 3:02 CV 2037 (WWE), Dkt. #26; Infantino, 3:02 CV 2038 (GLG), Dkt. #25; Sartori, 3:02 CV 2039 (PCD), Dkt. #30; Tramaglini, 3:02 CV 2040 (SRU), Dkt. #26; Walz, 3:02 CV 2041 (DJS), Dkt. #31; Barrett, 3:03 CV 180 (DJS), Dkt. #28; Betrix, 3:03 CV 181 (WWE), Dkt. #27; Byrne, 3:03 CV 182 (CFD), Dkt. #22; DiLorenzo, 3:03 CV 183 (AWT), Dkt. #25; Inconstanti, 3:03 CV 184 (MRK), Dkt. #29; Johnson, 3:03 CV 185 (GLG), Dkt. #26; Melillo, 3:03 CV 186 (RNC), Dkt. #20; Patterson, 3:03 CV 187 (GLG), Dkt. #22; Rodriguez, 3:03 CV 188 (JBA), Dkt. #28; Starr, 3:03 CV 189 (RNC), Dkt. #26; West, 3:03 CV 190 (AWT), Dkt. #28; Wright, 3:03 CV 191 (RNC), Dkt. #29, are granted.

   This is not a Recommended Ruling but a Ruling on discovery, the standard of review of which is specified in 28 U.S.C. § 636; FED. R. CIV. P. 6(a), 6(e) & 72; and Rule 2 of the Local Rules for United States Magistrate Judges.  As such, it is an order of the

Court unless reversed or modified by the District Judge upon timely made objection.

See 28 U.S.C. § 636(b)**(written objections to ruling must be filed within ten days after service of same);** FED. R. CIV. P. 6(a), 6(e) & 72; Rule 2 of the Local Rules for United States Magistrate Judges, United States District Court for the Dis2rict of Connecticut; Small v. Secretary, H&HS, 892 F.2d. 15, 16 (2d Cir. 1989)**(failure to file timely objection to Magistrate Judge's recommended ruling may preclude further appeal to Second Circuit).**

Dated at New Haven, Connecticut, this 9th day of January, 2004.

_____/s/_____
Joan Glazer Margolis
United States Magistrate Judge