UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Dennis Inconstanti, | : | |
| Plaintiff, | : | NO. 3:03cv184 (MRK) |
| v. | : | |
| Metro-North Railroad Co., et al. | : | |
| Defendants. | : | |

## RULING

In the interest of justice, the parties' Joint Motion to Transfer and to Consolidate for Scheduling and Discovery Purposes [doc. #15] is DENIED.

IT IS SO ORDERED.

/s/        Mark R. Kravitz

U.S.D.J.

Dated at New Haven, Connecticut: January 29, 2004

1