UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DENNIS INCONSTANTI | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| V | : | CIVIL ACTION NO. 3:03 CV 00184 (MRK) |
| | : | |
| METRO-NORTH RAILROAD COMPANY, | : | |
| CONSOLIDATED RAIL CORPORATION, | : | |
| AND AMERICAN FINANCIAL GROUP | : | <u>FELA HEARING LOSS CASE - MAY BE</u> |
| INC., f/k/a AMERICAN PREMIER | : | <u>FILED IN NEW HAVEN AS ORDERED BY</u> |
| UNDERWRITERS INC., f/k/a | : | <u>MAGISTRATE JUDGE MARGOLIS</u> |
| PENN CENTRAL CORPORATION | : | |
| | : | |
| Defendants. | : | NOVEMBER 3, 2004 |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendant, Metro-North Railroad Company.

Dated: November 3, 2004

                                                   Danielle DiBerardini-Albrecht, Esq. (CT 26251)
                                                   Ryan, Ryan, Johnson & Deluca, LLP
                                                   80 Fourth Street, P.O. Box 3057
                                                   Stamford, CT   06905
                                                   Phone No. 203-357-9200

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 3, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

George J. Cahill, Jr., Esq.
Cahill, Goetsch & Maurer, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, Dennis Inconstanti

 

_____
Danielle DiBerardini-Albrecht, Esq.

I:\Procases\205.172\appear dda.wpd
205.172