UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DENNIS INCONSTANTI | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| V | : | CIVIL ACTION NO. 3:03 CV 00184 (MRK) |
| | : | |
| METRO-NORTH RAILROAD COMPANY, | : | |
| CONSOLIDATED RAIL CORPORATION, | : | FELA HEARING LOSS CASE - MAY BE |
| AND AMERICAN FINANCIAL GROUP | : | FILED IN NEW HAVEN AS ORDERED BY |
| INC., f/k/a AMERICAN PREMIER | : | MAGISTRATE JUDGE MARGOLIS |
| UNDERWRITERS INC., f/k/a | : | |
| PENN CENTRAL CORPORATION | : | |
| | : | JANUARY 19, 2005 |
| Defendants. | : | |

To the Clerk of this court and all parties of record:

 Enter my appearance as counsel in this case for Defendants, Metro-North Railroad Company.

Dated: January 19, 2005      _____

                 Susan B. Parzymieso, Esq.  (CT 25301)
                 Ryan, Ryan, Johnson & Deluca, LLP
                 80 Fourth Street, P.O. Box 3057
                 Stamford, CT   06905
                 Phone No. 203-357-9200

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 19, 2005, a copy of the above was mailed to the following counsel and pro se parties of record:

George J. Cahill, Jr., Esq.
Cahill, Goetsch & Maurer, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, Dennis Inconstanti

                                                                           _____
                                                                            Susan B. Parzymieso, Esq.

I:\Procases\205.172\appearsbp.wpd
205.172