**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| DENNIS INCONSTANTI | : | |
| | : | |
| Plaintiff, | : | NO.    3:03cv184 (MRK) |
| | : | |
| v. | : | |
| | : | |
| METRO-NORTH RAILROAD CO, | : | |
| CONSOLIDATED RAIL CORP, | : | |
| AMERICAN FINANCIAL GROUP, INC., | : | |
| | : | |
| Defendants. | : | |

**JUDGMENT**

Notice having been sent to counsel of record on November 22, 2005 pursuant to Local

Rule 41(b), indicating that the above-entitled case would be dismissed if closing papers were not

filed on or before January 20, 2006 .

No closing papers having been received and no further requests for continuance having

been received, it is hereby, ORDERED that the complaint on file herein, be and hereby is,

dismissed pursuant to Local Rule 41(b), without costs to any party and without prejudice to the

right of any party thereto to move within 30 days hereof, upon good cause shown, to reopen the

case if the settlement has not been consummated.

Dated at New Haven, Connecticut, this 16th day of February 2006.

KEVIN F. ROWE, Clerk

By /s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk

EOD: _____